O

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11   HANS JORGEN KARDEL,                    Case No. 2:20-cv-02744-JVS-KES

12          Petitioner,

13        v.                               ORDER ACCEPTING FINAL REPORT
                                           AND RECOMMENDATION OF U.S.
14   PATRICK COVELLO, Warden,              MAGISTRATE JUDGE

15          Respondent.

16
17

18         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the

19   other records on file herein, and the Final Report and Recommendation of the U.S.

20   Magistrate Judge.  Further, the Court has engaged in a de novo review of those

21   portions of the original Report and Recommendation (Dkt. 19) to which objections

22   (Dkt. 20) have been made.  The Court accepts the report, findings, and

23   recommendations of the Magistrate Judge.

24
25
26
27
28

1      IT IS THEREFORE ORDERED that Judgment be entered denying the

2   Petition and dismissing this action with prejudice.

3

4

5

6   DATED:  December 01, 2020      _____

7                                   JAMES V. SELNA
                                    UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2