JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANS JORGEN KARDEL,<br><br>Petitioner,<br><br>v.<br><br>PATRICK COVELLO, Warden,<br><br>Respondent. | Case No. 2:20-cv-02744-JVS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Final Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  December 01, 2020

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE